Quaker City National Bank, Appellant, *v.*
Brooks et al.

Argued April 15, 1929.    Before MOSCHZISKER, C. J.,
FRAZER, WALLING, SIMPSON, KEPHART, SADLER and
SCHAFFER, JJ.

*C. B. Wagoner,* with him *H. A. Gordon, J. W. McWilliams* and *Charles S. Wesley,* for appellant.

*Scott Seddon,* for appellee.

PER CURIAM, May 13, 1929:
This is an appeal by plaintiff from an order discharging a rule for judgment against the garnishee on its answers to interrogatories.   Such an order is interlocutory and not appealable: Brendlinger v. Riegel, 37 Pa. Superior Ct. 474.
The appeal is quashed.